AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**SEALED**

United States of America
v.
THIERNO O. BAH
MANUELA GONZALEZ-BOOKMAN

Defendant(s)

Case No. 20-044 MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 19, 2020 in the county of Jefferson in the Eastern District of Louisiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1344 and 1349 | Conspiracy to commit bank fraud |
| 18 USC § 1543 and 371 | Conspiracy to use a false passport |
| 18 USC § 1028A | Aggravated identity theft |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

SSA Clifton Jeffery, DSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/06/2020

*Judge's signature*

City and state: New Orleans, Louisiana

Honorable Dana M. Douglas, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SEALED**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 20-mj-044** |
| v. | * | **SECTION: MAGISTRATE** |
| **THIERNO O. BAH** | * | |
| **MANUELA GONZALEZ-BOOKMAN** | | |
| | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

### AFFIANT EXPERIENCE

1. I, Clifton Jeffery, am employed as a Supervisory Special Agent with the U.S. Department of State, Diplomatic Security Service (DSS). I have been employed by DSS since March 2007. I am currently assigned to the DSS New Orleans Resident Office (NORO). I have received training from the Federal Law Enforcement Training Center, Criminal Investigator Training Program, in general law enforcement and criminal investigations. My background includes training in criminal investigations regarding violations of federal law. As a DSS special agent, my duties include conducting investigations into criminal violations of the federal statutes governing the issuance and use of U.S. passports and other travel documents used to transit international borders.

2. The information contained in this affidavit is a combination of my personal knowledge of this investigation, my own training and experience, and information obtained from third-party witnesses and other law enforcement authorities.

3. The information contained in this affidavit is submitted for the limited purpose of demonstrating probable cause to obtain a criminal complaint alleging a violation of federal law by Thierno O. Bah ("Bah") and Manuela Gonzalez-Bookman ("Gonzalez-Bookman"). Because this affidavit is being submitted for the aforementioned limited purpose, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Bah and Gonzalez-Bookman have committed the offenses of: conspiracy to commit bank fraud (18 U.S.C. §§ 1344 and 1349); conspiracy to use a false passport (18 U.S.C. §§ 1543 and 371); and aggravated identity theft (18 U.S.C. § 1028A).

## FACTS OF THE INVESTIGATION

4. The information contained in this Affidavit is based upon information obtained during an investigation conducted by the DSS along with the Jefferson Parish Sheriff's Office (JPSO), and other federal and state agencies.

5. On February 19, 2020, Bah and Gonzalez-Bookman, residents of the State of New York, were arrested for attempting to cash counterfeit checks on the accounts of victims using counterfeit identification, to include U.S. passport cards.

6. On the aforementioned date, Gonzalez-Bookman entered a Capital One Bank branch located at 1501 Veterans Blvd., Metairie, Louisiana. Capital One Bank, N.A., is an insured bank of the Federal Deposit Insurance Corporation. Gonzalez-Bookman attempted to cash a $4,900.00 check against an existing Capital One account using a counterfeit U.S. passport card

and a counterfeit credit card as identification. The name on the counterfeit passport card and counterfeit credit card was the actual Capital One account holder (Victim 1); however, the photograph on the passport card was Gonzalez-Bookman's. Bank employees contacted JPSO deputies who detained Gonzalez-Bookman. She was read her *Miranda* rights. Gonzalez-Bookman stated she understood those rights and agreed to speak with investigators. She admitted that she had flown in from New York and was attempting to cash a check fraudulently.

7. The Capital One branch manager advised deputies of what occurred earlier that day. An employee earlier that morning had seen a suspicious male walk into the bank, ask for a pen, and then return outside to a black SUV parked in the parking lot. Employees noted that the SUV was still parked there when Gonzalez-Bookman was in the branch. Employees went outside and noted the license plate (LA N530610), at which time the driver of the SUV backed his car up in an apparent attempt to conceal his license plate. Around this time, bank employees contacted Victim 1 and learned that he/she was not inside the branch, and he/she did not authorize anyone to cash a check against his/her account. Employees then called JPSO deputies to arrest Gonzalez-Bookman. When deputies arrived, the black SUV pulled out of the parking lot and drove away.

8. Deputies initially pulled over the suspicious black SUV. The driver identified himself as Bah. Officers who were interviewing Gonzalez-Bookman were told by her that she had arrived in a small gray car. Deputies therefore released Bah.

9. As the interview with Gonzalez-Bookman progressed, she admitted that she actually had been driven to the bank branch in a black SUV. Deputies issued an alert for the black SUV. Deputies located the black SUV and Bah later that day.

3

10. Deputies detained Bah and obtained a search warrant for the black SUV. The vehicle was towed to 1801 Westbank Expressway, Harvey, LA. During a search of the vehicle, deputies found various items, among which were an airline ticket in the name of Thierno Bah and a black wallet containing three airline tickets and three New York identification cards for Gonzalez-Bookman.

11. Deputies also found an envelope concealed in the headliner of the vehicle. The envelope contained four counterfeit credit cards along with four fraudulent identity documents with matching names to the credit cards. These fraudulent identity documents included: a U.S. passport card, an Alabama driver's license, a New Jersey driver's license, and an Oregon driver's license. All four fraudulent documents were bearing the photograph of Gonzalez-Bookman, but they were not in her name. The fraudulent U.S. passport card was in the name a person residing in Louisiana (Victim 2). JPSO deputies contacted Victim 2, who confirmed that he/she did not give Bah or Gonzalez-Bookman permission to use his/her identity. Deputies also found concealed in the headliner nine Citibank checks and six Chase Bank checks.

12. Based on the foregoing, there is probable cause to believe that, on or about February 19, 2020, Bah and Gonzalez-Bookman committed the offense of conspiracy to commit bank fraud in their attempt to obtain cash or funds fraudulently from Capital One Bank, N.A., an FDIC-insured institution, in violation of Title 18, United States Code, Sections 1344 and 1349.

13. Furthermore, there is probable cause to believe that, on or about February 19, 2020, Bah and Gonzalez-Bookman committed the offense of conspiracy to use a false or counterfeit U.S. passport through their use of counterfeit passport cards during and in relation to bank fraud, in violation of Title 18, United States Code, Sections 1543 and 371.

14. Furthermore, there is probable cause to believe that, on or about February 19, 2020, Bah and Gonzalez-Bookman committed the offense of aggravated identity theft, through their possession and use of the identification of Victim 1 and Victim 2, during and in relation to the offense of conspiracy to commit bank fraud and bank fraud, knowing that the means of identification belonged to an actual person, in violation of 18 U.S.C. § 1028A.

Clifton Jeffery
Supervisory Special Agent
Diplomatic Security Service
U.S. Department of State

Subscribed to and sworn before me,
This 6th day of March, 2020,
New Orleans, Louisiana.

HONORABLE DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE

5